**DISMISS and Opinion Filed August 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00108-CR**

**EX PARTE SKY LANE BLACKWELL**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX21-90224-V**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

Sky Lane Blackwell is charged in trial court cause number F21-40104-V with the offense of stalking. The trial court set pre-trial bond at $25,000. On January 25, 2021, appellant filed a pre-trial application for writ of habeas corpus seeking a bond reduction. After a hearing on February 3, 2021, the trial court denied appellant's request to lower his bond amount and certified he had the right to appeal. On February 17, 2021, appellant filed a notice of appeal. The record and briefs have been filed.

On July 28 and 29, 2021, supplemental clerk's records were filed containing the trial court's updated docket sheet and a copy of an agreed personal bail bond showing appellant posted bond and was released. Because appellant has posted bond

and been released on bond, this appeal is now moot. *Ex parte Guerrero*, 99 S.W.3d 852, 853 (Tex. App.—Houston [14th Dist.] 2003, no pet.) (per curiam) (appeal from denial of pretrial writ of habeas corpus seeking bond reduction rendered moot when trial court reduced bond and applicant posted reduced bond and was released).

We dismiss this appeal as moot.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
210108F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE SKY LANE
BLACKWELL

No. 05-21-00108-CR

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. WX21-90224.
Opinion delivered by Justice
Schenck. Justices Reichek and
Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered August 2, 2021